Case 8:25-cr-00058-JVS   Document 13   Filed 05/01/25   Page 1 of 1   Page ID #:87

FILED
CLERK, U.S. DISTRICT COURT
5/1/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:25-CR-00058-JVS |
| v. Johnathan Buma | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Alexandra Kazarian**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

**5/1/25**
Date

Defendant's Signature

**Los Angeles, CA**
City and State

## APPEARANCE OF COUNSEL

I, **Alexandra Kazarian** Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

**5/1/25**
Date

Attorney's Signature

**244494**
California State Bar Number

**644 S. Figueroa St**
Street Address

**Los Angeles, CA 90017**
City, State, Zip Code

**213-625-3900**   **213 232.3255**
Telephone Number   Fax Number

**MGERAGOS@GERAGOS.COM**
E-mail Address

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL