UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHNATHAN BUMA<br><br>         Defendant. | No. 8:25-cr-00058-JVS<br><br>ORDER DESIGNATING CLASSIFIED<br>INFORMATION SECURITY OFFICER<br>[16] |

   Having considered the United States' Notice of Intent to Invoke the Classified Information Procedures Act and Motion to Designate Classified Information Security Officer, the Court FINDS:

   That the United States has notified the Court that this case may involve classified information;

   That federal law explicitly provides that federal courts must have security procedures for the handling of classified information, see Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (statutory notes to § 9);

   That the Attorney General or the Department of Justice Security Officer has recommended to the Court a person qualified to serve as a Classified Information Security Officer ("CISO"); and

That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice, to be detailed to the Court to serve in a neutral capacity, and good cause appearing:

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, the Court hereby APPOINTS Winfield S. "Scooter" Slade, Supervisory Security Specialist, as the Classified Information Security Officer in above-captioned matter, for the protection of classified information and related issues that may arise in this case; and

IT IS FURTHER ORDERED that the Court APPOINTS Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker as alternate CISOs in this case.

**IT IS SO ORDERED.**

June 04, 2025
_____
 DATE

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2